IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HERBERT FLEMING,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION 2:03cv1246-D |
| | )           (WO) |
| **BETTY TEAGUE, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Upon CONSIDERATION of Plaintiff's motion to dismiss, filed August 10, 2005 (Doc. No. 79), it is ORDERED that said motion be and the same is hereby GRANTED and that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this case is hereby DISMISSED.

DONE this 11th day of August, 2005.

                                      /s/ Ira DeMent
                                    SENIOR UNITED STATES DISTRICT JUDGE